■ MURRAY SKIDELSKY, Appellant, v OLIM REALTY CORP. et al., Respondents.—In an action to recover damages for conversion, in which a default judgment was entered in favor of plaintiff, he appeals from an order of the

Supreme Court, Westchester County, entered May 14, 1975, which, *inter alia,* granted defendants' motion to vacate the said judgment. Order affirmed, without costs or disbursements. Special Term properly exercised its discretion in granting the motion. Hopkins, Acting P. J., Martuscello, Margett, Rabin and Hawkins, JJ., concur.